UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Abdi Mohamed,

Plaintiff,

v.

Sky Chefs, Inc.,

Defendant.

Case No.: 02-225RHK/JMM

**STIPULATION TO AMEND CAPTION**
AND ORDER

---

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the caption be amended to read:

"Abdi Mohamed, Plaintiff v. Sky Chefs, Inc., d/b/a LSG Sky Chefs, Defendant."

The parties request the Court to enter an order pursuant to this stipulation.

Dated: January 30, 2002.

Richard T. Wylie (#11912X)
701 Fourth Avenue South
Suite 500
Minneapolis, MN 55415
(612) 337-9581

ATTORNEY FOR PLAINTIFF

Dated: January 31, 2002.

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Natalie Wyatt-Brown (#260757)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**ORDER**

It is hereby ordered that the caption in the above-entitled case shall be amended to read:

"Abdi Mohamed, Plaintiff v.Sky Chefs, Inc., d/b/a LSG Sky Chefs, Defendant."

Dated this 4 day of February, 2002.

John M. Mason
United States Magistrate Judge