**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Abdi Mohamed,

Plaintiff,

v.

Sky Chefs, Inc., d/b/a LSG Sky Chefs,

Defendant.

Court File No.: 02-225 JEL/JGL

**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT**

---

The parties, through their respective undersigned attorneys, stipulate that the Court may enter its order pursuant to FRCP, Rule 15 (a) permitting Plaintiff to amend his Complaint in the matter set forth in Amended Complaint dated July 2, 2002, attached hereto.

Defendant acknowledges service of the Amended Complaint on July 3, 2002.

Dated: August 29, 2002.

Richard T. Wylie - ID #11912X
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
612-337-9581
**ATTORNEY FOR PLAINTIFF**

Date: September 3, 2002.

Jackson Lewis Schnitzler & Krupman
By
David J. Duddleston ID No. 139804
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 341-8131
**ATTORNEYS FOR DEFENDANT**

SEP - 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing stipulation, Plaintiff is permitted to file his Amended Complaint in the form dated July 2, 2002, a copy of which is attached hereto.

Dated: Sept. 5, 2002.

Jonathan G. Lebedoff
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Abdi Mohamed,

Plaintiff,

v.

Sky Chefs, Inc., d/b/a LSG Sky Chefs,

Defendant.

Court File No.: 02-225 RHK/JMM

**AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

---

Plaintiff, for his amended complaint against Defendant, states as follows:

**Nature of the Action**

1. This is an action brought pursuant to the Minnesota Human Rights Act (MRHA) Minn. Stat. §363.01et seq., for relief on account of race, color, national origin and religion discrimination, and pursuant to 42 U.S.C. § 1981 on account of race, color and national origin discrimination.

**Venue**

2. Defendant employed Plaintiff in the District Minnesota, and all or part of Plaintiff's cause of action occurred in the State of Minnesota.

**Factual Basis of Claims**

4. Plaintiff is of Somalia national origin and black race and is dark complexioned. Plaintiff is of the Islamic religion.

5. Defendant employed Plaintiff as a manager from January 1998 until September 27, 2001.

6. On or about September 27, 2001, Defendant placed on unpaid furlough, and subsequently discharged, a number of management and supervisory employees at its Minnesota

facilities, which action Defendant claimed was required by the adverse economic impact on its business of the terrorist attacks of September 11, 2001.

7. Defendant's actions had an adverse discriminatory impact on Plaintiff and other employees who are racial minorities, have foreign national origins have non-white skin color and are Islamic, in violation of M.S. § 363.03, Subd. 1(2)(b) and (c), and 42 U.S.C. § 1981.

8. On September 27, 2001, Defendant specifically placed Plaintiff on unpaid furlough, and subsequently discharged him, because of his race, color, national origin and religion, in violation of the Minnesota Human Rights Act, MS 363.03, Subd. 1(2)(b) and (c), and 42 U.S.C. § 1981.

9. Defendant's adverse treatment of Plaintiff has caused and will in the future cause Plaintiff lost income and benefits, lost future earning capacity, emotional distress, humiliation, embarrassment, and loss of enjoyment of life.

10. Defendant's adverse treatment Plaintiff was a knowing and willful violation of the Minnesota Human Rights Act and 42 U.S.C. §1981.

**WHEREFORE**, Plaintiff requests the order and judgment of the Court against Defendant as follows:

1. Lost back pay and benefits, all multiplied by three, pursuant to Minn. Stat. §363.07;

2. Damages for Plaintiff's past emotional distress, humiliation, embarrassment, and loss of enjoyment of life, multiplied by three pursuant to Minn. Stat. §363.07;

3. Reinstatement, or in the alternative, damages for lost earning capacity or "front pay";

4. Damages for Plaintiff's future emotional distress, humiliation, embarrassment, and loss of enjoyment of life;

5. Punitive damages;

6. Attorney fees and costs; and

7. Other relief necessary to effectuate the purposes of the Minnesota Human Rights Act.

Dated: July 2, 2002.

Richard T. Wylie ID No. 11912X
701 Fourth Avenue South
Suite 500
Minneapolis, MN 55415
612-337-9581
**ATTORNEY FOR PLAINTIFF**