ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdi Mohamed,

Plaintiff,

v.

Sky Chefs, Inc., d/b/a
LSG Sky Chefs,

Defendant.

Case No.: 02-225 JEL/JGL

**STIPULATION TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**

WHEREAS, the parties are currently engaged in settlement negotiations and are uncertain as to the outcome of those negotiations; and

WHEREAS, the parties believe it would be fruitful for the Court to permit settlement to be explored fully, without the expense of the parties having to prepare and file dispositive motions; and

WHEREAS, the parties are not requesting a continuance of the trial date;

THEREFORE, the parties request that the Court extend the date for dispositive motions of the Scheduling Order up to and including March 17, 2003, and modify the Scheduling Order accordingly. The parties do not request the court change the trial ready date. The parties request the Court to enter an order pursuant to this Stipulation.

Dated: January 31, 2003.

Richard T. Wylie (#11912X)
701 Fourth Avenue South
Suite 500
Minneapolis, MN 55415
(612) 337-9581

ATTORNEY FOR PLAINTIFF

Dated: January 31, 2003.

JACKSON LEWIS LLP

David J. Duddleston (#139804)
Paul Egtvedt (282194)
150 Fifth Street Towers, Suite 2800
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT

FEB 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

It is hereby ordered that the parties shall have up to and including March 17, 2003, in which to file, serve, and schedule the hearing for, dispositive motions. All of the other dates from the Court's May 14, 2002, Scheduling Order shall remain in full force and effect.

Dated this 3 day of Feb., 2003.

The Honorable JONATHAN LEBEDOFF
United States Magistrate Judge