**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Abdi Mohamed,

Plaintiff, Civil No. 02-225 (JNE/JGL)

v.

Sky Chefs, Inc., d/b/a
LSG Sky Chefs,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $282.00 | $282.00 |
| Fees of the Court Reporter | $1,530.05 | $1,427.75 |
| Fees for Witnesses | $2,982.00 | $0 |
| Fees for Exemplification and Copies | $582.59 | $443.09 |
| TOTAL: | $5,376.64 | $2,152.84 |

Costs, therefore, are taxed in the sum of Two Thousand One Hundred Fifty Two and 84/100 Dollars ($2,152.84) in favor of Defendant Sky Chefs, Inc., d/b/a LSG Sky Chefs, and against Plaintiff Abdi Mohamed and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of January 20, 2004.

RICHARD D. SLETTEN, CLERK

By____________________
Brian J. Saame
Law Clerk

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________

# TAXATION OF COSTS SUMMARY

Civil No. 02-225 (JNE/JGL)

Abdi Mohamed,

v.

Sky Chefs, Inc., d/b/a
LSG Sky Chefs

---

I. Fees of the Clerk

| | | | |
|---|---|---|---|
| Claimed | $282.00 | Allowed | $282.00 |

II. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $1,530.05 | Allowed | $1,427.75 |

Transcript of summary judgment hearing not shown to be necessarily obtained for use in the case.

III. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $2,982.00 | Allowed | $0 |

Expert Witness fee for Brian McCall not authorized under 28 U.S.C. § 1821. Other witness expenses not recoverable under 28 U.S.C. §§ 1821, 1920.

IV. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $582.59 | Allowed | $443.09 |

Only the cost of copies which are provided to the Clerk as exhibits or which are required to be filed with the court or served on opposing counsel are recoverable. Copies of documents produced to plaintiff via discovery not shown to be necessarily obtained for use in the case.

**TOTAL ALLOWED: $2,152.84**

Dated: January 20, 2004